## United States District Court for the Northern District of Illinois

Case Number: 08CV3012         Assigned/Issued By: J. N.

Judge Name: ASPEN            Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP         [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2802074_____

Date Payment Rec'd: 5-23-08_____   Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _5-23-08_ as to _DEFENDANT_____
                                   (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05