**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

William E. Dugan, et al.
                            Plaintiff,

v.                                              Case No.: 1:08−cv−03012
                                                      Honorable Marvin E. Aspen

Stokes Excavating, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 5/28/08: This action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) without pejudice to the rights of plaintiffs. The status hearing set for 7/24/08 is stricken.Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.